

Same case below, 436 Fed. Appx. 152.

**No. 11-6613. Miguel Rivera, Petitioner v. United States.**

565 U.S. 1018, 132 S. Ct. 560, 181 L. Ed. 2d 404, 2011 U.S. LEXIS 7998, 

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 425 Fed. Appx. 386.

**No. 11-6660. Alfonso Rubio-Ayala, Petitioner v. United States.**

565 U.S. 1018, 132 S. Ct. 560, 181 L. Ed. 2d 404, 2011 U.S. LEXIS 7931.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 435 Fed. Appx. 755.

**No. 11-6615. Gregory Byers, on Behalf of Nicole Byers, Petitioner v. Marlboro County School District.**

565 U.S. 1018, 132 S. Ct. 560, 181 L. Ed. 2d 404, 2011 U.S. LEXIS 8018.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 443 Fed. Appx. 859.

**No. 11-6665. Lavertise Antwion Cudjoe, Petitioner v. United States.**

565 U.S. 1018, 132 S. Ct. 560, 181 L. Ed. 2d 404, 2011 U.S. LEXIS 7975.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 634 F.3d 1163.

**No. 11-6618. Gabriel Avila, Petitioner v. Mike McDonald, Warden.**

565 U.S. 1018, 132 S. Ct. 560, 181 L. Ed. 2d 404, 2011 U.S. LEXIS 8063.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 430 Fed. Appx. 598.

**No. 11-6671. Israel Lara-Ventura, Petitioner v. United States.**

565 U.S. 1018, 132 S. Ct. 561, 181 L. Ed. 2d 404, 2011 U.S. LEXIS 7951.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6655. Ricardo Javier Arellano, Petitioner v. United States.**

565 U.S. 1018, 132 S. Ct. 560, 181 L. Ed. 2d 404, 2011 U.S. LEXIS 7947.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-6687. Lester Simmons, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 1018, 132 S. Ct. 571, 181 L. Ed. 2d 404, 2011 U.S. LEXIS 7930.

November 7, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.